IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ELISE S. FELDMAN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6470
Facsimile: (415) 744-6476
E-mail: Elise.Feldman@usdoj.gov

*Attorneys for Defendants United States Department of Agriculture, United States Forest Service, and United States Environmental Protection Agency*

GREGORY EVANS
Integer Law Corporation
811 West 7th Street, 12th Floor
Los Angeles, California 90017
Telephone: (213) 892-4488
E-mail: gevans@integerlegal.com

*Attorney for ASARCO LLC*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ASARCO LLC, a limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, an agency of the United State Department of Agriculture, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and DOES 1 through 50, Inclusive<br><br>    Defendants. | Case No.: 2:10-CV-00802-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE**<br><br>JUDGE: The Honorable John A. Mendez<br><br>COURTROOM:<br><br>DATE:<br><br>TIME: |

//

//

Joint Stipulation and Order           1           Case No.: 2:10-CV-00802-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY stipulated by the Parties, Plaintiff ASARCO LLC and the United States of America, as follows:

WHEREAS, on June 16, 2010, July 8, 2010, and July 23, 2010 Judge Richard S. Schmidt of the United States Bankruptcy Court for the Southern District of Texas entered three agreed Orders extending the deadline for the Plan Administrator and ASARCO LLC, ("Reorganized ASARCO") to object to the United States' Proof of Claim pertaining to environmental liability at Blue Ledge Mine.  On August 5, 2010, the Court entered a fourth Agreed Order, ("Fourth Order") that extended the deadline for Reorganized ASARCO and the Plan Administrator to object to the Blue Ledge Claim until September 17, 2010.

WHEREAS, the matter before this Court is a petition filed by Reorganized ASARCO for Declaratory Judgment pertaining to the United States' Blue Ledge Mine claim.

WHEREAS, in addition to extending Reorganized ASARCO's deadline for responding to the United States' Proof of Claim, the Fourth Order also states that, "IT IS FURTHER ORDERED that Reorganized Asarco and the United States shall file a joint stipulation with the U.S. District Court for the Eastern District of California (the District Court), agreeing that the United States shall have until October 1, 2010, to file any responsive pleading to or motion to dismiss the complaint filed and served by Reorganized Asarco in the District Court, Civil Action No. 10-cv-00802-JAM-KJN, and that all parties reserve all rights and defenses, including relating to any motion to dismiss that action."

In accordance with the Fourth Order, as well as to provide additional time for potential settlement discussions affecting both proceedings, it is hereby stipulated that the United States' deadline to file any responsive pleading or motion to dismiss the Complaint in the above captioned matter is extended until October 1, 2010 and all parties reserve all rights and defenses, including relating to any motion to dismiss the Complaint.

Joint Stipulation and Order                2                Case No.: 2:10-CV-00802-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

|     |                              |                                                  |
| --- | ---------------------------- | ------------------------------------------------ |
| 1   |                              | Respectfully submitted,                          |

Dated: _____            _____
                                  Gregory Evans
                                  Integer Law Corporation
                                  811 West 7th Street, 12th Floor
                                  Los Angeles, CA  90017
                                  Telephone:  (213) 892-4488
                                  E-mail:  gevans@integerlegal.com

                                  *Attorney for ASARCO LLC*

Dated: _____           _____
                                  Elise S. Feldman
                                  Environmental Enforcement Section
                                  Environment and Natural Resources Division
                                  United States Department of Justice
                                  301 Howard Street, Suite 1050
                                  San Francisco, CA  94105
                                  Telephone: (415) 744-6470
                                  E-mail:  Elise.Feldman@usdoj.gov

                                  Alan S. Tenenbaum
                                  David Dain
                                  Eric Albert
                                  U.S. Department of Justice
                                  P.O. Box 7611
                                  Ben Franklin Station
                                  Washington, DC  20044
                                  Telephone:  (202) 514-3644
                                  E-mail:  Alan.tenenbaum@usdoj.gov
                                  E-mail:  Eric.Albert@usdoj.gov

                                  *Attorneys for the United States*

   **IT IS SO ORDERED** that the United States shall have until October 1, 2010, to file any responsive pleading to or motion to dismiss the complaint and that all parties reserve all rights and defenses, including relating to any motion to dismiss the Complaint.

Dated:  August 12, 2010                    /s/ John A. Mendez_____
                                           **JOHN A. MENDEZ**
                                           U.S.  DISTRICT COURT JUDGE