ROBERT DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division

ELISE S. FELDMAN
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6470
Facsimile: (415) 744-6476
E-mail: Elise.Feldman@usdoj.gov

*Attorneys for Defendants United States Department of Agriculture, United States Forest Service, and United States Environmental Protection Agency*

GREGORY EVANS
Integer Law Corporation
811 West 7th Street, 12th Floor
Los Angeles, California 90017
Telephone: (213) 892-4488
E-mail: gevans@integerlegal.com

*Attorney for ASARCO LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ASARCO LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, an agency of the United State Department of Agriculture, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No.: 2:10-CV-00802-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEADLINE**<br><br>JUDGE: The Honorable John A. Mendez<br>COURTROOM:<br>DATE:<br>TIME: |

IT IS HEREBY stipulated by the Parties, Plaintiff ASARCO LLC and the United States of America, as follows:

WHEREAS, the matter before this Court is a complaint filed by ASARCO LLC ("Asarco") for Declaratory Judgment pertaining to the United States' Blue Ledge Mine claim under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA").

WHEREAS, Asarco and the United States previously filed a joint stipulation and requested an order from the Court granting the United States a continuance of time within which to respond to Asarco's complaint.

WHEREAS, the Court granted the request for continuance and ordered a responsive pleading to be filed on or before October 1, 2010.

WHEREAS, Asarco and the United States are engaged in settlement negotiations, the parties have stipulated to an additional continuance of time within which the United States may respond to the complaint.

WHEREAS, Asarco and the United States respectfully request that this court grant a thirty (30) day continuance of the deadline for the United States to respond to Asarco's complaint.

Respectfully submitted,

Dated: September 30, 2010        /s/ Gregory Evans
Gregory Evans
Integer Law Corporation
811 West 7th Street, 12th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4488
E-mail: gevans@integerlegal.com

*Attorneys for ASARCO LLC*

| | |
|---|---|
| Dated: September 30, 2010 |    /s/ Elise S. Fledman  (as authorized on 09/30/10)<br>Elise S. Feldman<br>Environmental Enforcement Section<br>Environment and Natural Resources Division<br>United States Department of Justice<br>301 Howard Street, Suite 1050<br>San Francisco, CA 94105<br>Telephone: (415) 744-6470<br>E-mail: Elise.Feldman@usdoj.gov<br><br>Alan S. Tenenbaum<br>David Dain<br>Eric Albert<br>U.S. Department of Justice<br>P.O. Box 7611<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 514-3644<br>E-mail: Alan.tenenbaum@usdoj. gov<br>E-mail: Eric.Albert@usdoj.gov<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED** that the United States shall have until November 1, 2010, to file any responsive pleading to or motion to dismiss the complaint and that all parties reserve all rights and defenses, including relating to any motion to dismiss the Complaint.

Dated: October 1, 2010

/s/ John A. Mendez
**JOHN A. MENDEZ**
U.S. DISTRICT COURT JUDGE