| | |
|---|---|
| 1 | IGNACIA S. MORENO |
| 2 | Assistant Attorney General<br>Environment & Natural Resources Division |
| 3 | ELISE S. FELDMAN |
| 4 | Environmental Enforcement Section<br>United States Department of Justice |
| 5 | 301 Howard Street, Suite 1050<br>San Francisco, California 94105 |
| 6 | Telephone: (415) 744-6470<br>Facsimile: (415) 744-6476 |
| 7 | E-mail: Elise.Feldman@usdoj.gov |

*Attorneys for Defendants United States Department of Agriculture, United States Forest Service, and United States Environmental Protection Agency*

GREGORY EVANS
Integer Law Corporation
811 West 7th Street, 12th Floor
Los Angeles, California 90017
Telephone: (213) 892-4488
E-mail: gevans@integerlegal.com

*Attorney for ASARCO LLC*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ASARCO LLC, a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES FOREST SERVICE, an agency of the United State Department of Agriculture, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No.: 2:10-CV-00802-JAM-KJN<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE**<br><br>JUDGE: The Honorable John A. Mendez<br>COURTROOM:<br>DATE:<br>TIME: |

Joint Stipulation and Order            1            Case No.: 2:10-CV-00802-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com


IT IS HEREBY stipulated by the Parties, Plaintiff ASARCO LLC and the United States of America, as follows:

WHEREAS, the matter before this Court is a complaint filed by ASARCO LLC ("Asarco") for Declaratory Judgment pertaining to the United States' Blue Ledge Mine claim under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA").

WHEREAS, Asarco and the United States previously filed a joint stipulation and requested an order from the Court granting the United States a continuance of time within which to respond to Asarco's complaint on two occasions, first extending the deadline to October 1, 2010, and then until November 1, 2010.

WHEREAS, these joint stipulations provided time for the parties to pursue settlement negotiations.

WHEREAS, counsel for Asarco and the United States have successfully negotiated settlement language reflecting an agreement in principle between the parties that, once final, will call for the dismissal of this action with prejudice, ("Proposed Agreement").

WHEREAS, the Proposed Agreement is currently under final review for approval and signature by ASARCO and by authorized agency management.

WHEREAS, assuming the document is fully executed and that no significant negative comments are received during a period of public notice and comment, the Proposed Agreement will become final.

WHEREAS, the advanced state of the Proposed Agreement makes it likely that this action will not go forward.

WHEREAS, Asarco and the United States respectfully request that this court grant an indefinite continuance of the deadline for the United States to respond to Asarco's complaint.

Joint Stipulation and Order       -2-       Case No.: 2:10-CV-00802-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

|     |     |     |
| --- | --- | --- |
| 1   |     | Respectfully submitted, |
| 2   |     |     |
| 3   | Dated: October 29, 2010 | /s/ Gregory Evans (as authorized on 10/29/10) |

Respectfully submitted,

Dated: October 29, 2010        /s/ Gregory Evans (as authorized on 10/29/10)
                               Gregory Evans
                               Integer Law Corporation
                               811 West 7th Street, 12th Floor
                               Los Angeles, CA 90017
                               Telephone: (213) 892-4488
                               E-mail: gevans@integerlegal.com

                               *Attorneys for ASARCO LLC*


Dated: October 29, 2010        /s/ Elise S. Feldman
                               Elise S. Feldman
                               Environmental Enforcement Section
                               Environment and Natural Resources Division
                               United States Department of Justice
                               301 Howard Street, Suite 1050
                               San Francisco, CA 94105
                               Telephone: (415) 744-6470
                               E-mail: Elise.Feldman@usdoj.gov

                               Alan S. Tenenbaum
                               David Dain
                               Eric Albert
                               U.S. Department of Justice
                               P.O. Box 7611
                               Ben Franklin Station
                               Washington, DC 20044
                               Telephone: (202) 514-3644
                               E-mail: Alan.tenenbaun@usdoj.gov
                               E-mail: Eric.Albert@usdoj.gov

                               *Attorneys for the United States*

1  **IT IS SO ORDERED** that the United States shall have an indefinite continuance to file any responsive pleading to or motion to dismiss the complaint and that all parties reserve all rights and defenses, including relating to any motion to dismiss the Complaint.

Dated:   November 1, 2010    /s/ John A. Mendez
**JOHN A. MENDEZ**
U.S. DISTRICT COURT JUDGE

Joint Stipulation and Order                                    Case No.: 2:10-CV-00802-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com